UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



DONNABELLLA,

          Plaintiff,

-against-

GREYHOUND LINES INC.,

          Defendant.

19 Civ. 8111 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    Upon the mediator's informing the Court that the case has settled, the Clerk of the Court shall mark this action closed, subject to reopening within 30 days if the settlement is not effected, and all pending motions denied as moot.

SO ORDERED.

Dated:    New York, New York
          December 17, 2019

                                  _____
                                  LORETTA A. PRESKA
                                  Senior United States District Judge

1